UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 7 2023

TAMMY H. DOWNS, CLERK
By:_____

DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR00 39 KGB |
| | ) | |
| v. | ) | Title 18, U.S.C. § 371 |
| | ) | Title 18, U.S.C. § 1708 |
| JAVION TREVON DOZIER | ) | Title 18, U.S.C. § 1704 |
| GILPRE FLOWERS | ) | |
| JAMOUN YOUNG | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about February 20, 2023, in the Eastern District of Arkansas, the defendants,

JAVION TREVON DOZIER
GILPRE FLOWERS and,
JAMOUN YOUNG,

knowingly and intentionally conspired with each other to knowingly steal United States mail

from a United States Postal Service collection box, with the intent to deprive the addressee,

temporarily or permanently, of the mail, in violation of Title 18, United States Code, Section

1708, and in furtherance of the conspiracy, one or more of the conspirators did the following:

## OVERT ACTS

1 – 2. The Grand Jury hereby incorporates by reference Counts 2 and 3, as set forth

below, with each count constituting a separate overt act.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about February 20, 2023, in the Eastern District of Arkansas, the defendant,

JAMOUN YOUNG,

unlawfully had in her possession mail and mail matter that had been stolen and taken from a United States Postal Service collection box, that is, mail addressed to various individuals and businesses, knowing that the mail had been stolen from a United States Postal Service collection box.

All in violation of Title 18, United States Code, Section 1708.

## COUNT 3

On or about February 20, 2023, in the Eastern District of Arkansas, the defendant,

### JAMOUN YOUNG,

knowingly and unlawfully possessed a key to an authorized receptacle for the deposit and delivery of mail matter, namely, a postal key, with the intent unlawfully and improperly to use the mail key.

All in violation of Title 18, United States Code, Section 1704.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)